IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Spoon, Samantha M

Printed: 6/24/08

Case Number: 07 B 01343
Judge: Wedoff, Eugene R
Filed: 1/26/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: May 8, 2008
Confirmed: March 22, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,876.00 |  |
| Secured: |  | 5,233.83 |
| Unsecured: |  | 0.00 |
| Priority: |  | 92.79 |
| Administrative: |  | 2,100.00 |
| Trustee Fee: |  | 449.38 |
| Other Funds: |  | 0.00 |
| Totals: | 7,876.00 | 7,876.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas W Lynch P C | Administrative | 2,100.00 | 2,100.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Honor Finance | Secured | 6,937.63 | 3,031.00 |
| 4. | Chase Home Finance | Secured | 25,223.00 | 2,202.83 |
| 5. | Internal Revenue Service | Priority | 92.79 | 92.79 |
| 6. | IC System Inc | Unsecured | 76.43 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 0.00 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 499.39 | 0.00 |
| 9. | Honor Finance | Unsecured | 0.20 | 0.00 |
| 10. | Nicor Gas | Unsecured | 162.84 | 0.00 |
| 11. | AmeriCash Loans, LLC | Unsecured | 582.52 | 0.00 |
| 12. | Nationwide Acceptance Corp | Unsecured | 1,252.96 | 0.00 |
| 13. | Commonwealth Edison | Unsecured | 2,523.59 | 0.00 |
| 14. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 15. | Check N Go | Unsecured |  | No Claim Filed |
| 16. | Capital One | Unsecured |  | No Claim Filed |
| 17. | Card Protection Association | Unsecured |  | No Claim Filed |
| 18. | TRS Services | Unsecured |  | No Claim Filed |
| 19. | Washington Mutual Finance | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 39,451.35 | $ 7,426.62 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 18.45 |
| 5.4% | 274.93 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Spoon, Samantha M

Printed:  6/24/08

Case Number:  07 B 01343
Judge:  Wedoff, Eugene R
Filed:  1/26/07

```
                  6.5%              156.00
                                   _____
                                   $ 449.38
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____